**ENGELMAN BERGER, P.C.**
WADE M. BURGESON (SBA 015650)
wmb@eblawyers.com
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
Tel: 602.271.9090
Fax: 602.222.4999

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ANN GARRITY, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 (FEDERAL QUESTION)** |
| v. | |
| CAPITAL ONE, NATIONAL ASSOCIATION, | [Maricopa County Justice Court Case No. CC2016-203012] |
| Defendant. | |
| | Complaint Filed: Nov. 10, 2016 <br> Trial Date: TBA |

## TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ARIZONA:

**PLEASE TAKE NOTICE THAT** Defendant Capital One Bank (USA), N.A., erroneously sued as "Capital One, National Association" ("Capital One"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331, and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.    JURISDICTION**

1.    Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiff Ann Garrity ("Plaintiff") alleges a single cause of action arising under the federal Fair Credit

{0005076.0022/00721581.DOCX / }

1  Reporting Act ("FCRA"), codified at 15 U.S.C. §§ 1681 *et seq*.

2  **B.     STATEMENT OF THE CASE**

3       2.     On November 10, 2016, Plaintiff filed a Complaint ("Complaint") in the
4  Justice Court of the State of Arizona for the County of Maricopa, designated as Case
5  Number CC2016-203012 (the "Action"). Pursuant to 28 U.S.C. § 1446(a), a true and
6  correct copy of all process, pleadings and orders served upon Capital One in this case is
7  attached hereto as *Exhibit A*. Pursuant to Local Rule 3.6(b), Exhibit A additionally includes
8  a true and correct copy of any and all additional pleadings and other documents filed in the
9  Action as of the date of this Notice of Removal.

10      3.     Plaintiff asserts one (1) cause of action in her Complaint against Capital One,
11 for violation of the FCRA. *See* Ex. A, Complaint, at ¶¶ 13-15.

12 **C.     BASIS FOR REMOVAL**

13      4.     This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331
14 because Plaintiff alleges a cause of action under the FCRA, which is a law of the United
15 States.

16      5.     Specifically, Plaintiff's Complaint alleges that Capital One's reporting to
17 credit reporting agencies of an unpaid balance on Plaintiff's credit card account after
18 issuance of a 1099-C form violated the FCRA. Adjudication of Plaintiff's Complaint thus
19 requires an analysis and construction of the FCRA, a federal law. Accordingly, this Action
20 may be removed to this Court by Capital One pursuant to 28 U.S.C. § 1441(a) and § 1331
21 because this Court would have had original jurisdiction founded on Plaintiff's claims arising
22 under the FCRA.

23 **D.     ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN**
24 **SATISFIED.**

25      6.     Removal of this action is timely. Capital One was personally served with the
26 Complaint in this action on November 16, 2016. Therefore, this Notice of Removal is filed
27 in accordance with the time period mandated by 28 U.S.C. §1446(b) and Rule 6(a)(1)(C) of
28 the Federal Rules of Civil Procedure.

1    7.    There are no other defendants named in this Action

2    8.    Venue lies in the United States District Court for the District of Arizona

3    pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

4    9.    As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all

5    process, pleadings and orders received by Capital One from Plaintiff in the Action are

6    attached hereto as *Exhibit A*. Further, pursuant to Local Rule 3.6(b), Exhibit A additionally

7    includes a true and correct copy of any and all additional pleadings and other documents

8    filed in the Action as of the date of this Notice of Removal.

9    10.    Capital One has served written notice of this Notice of Removal upon Plaintiff

10   and has filed notice of this removal with the Clerk of the Justice Court of Arizona, County of

11   Maricopa.

12   **WHEREFORE** Capital One prays that the above Action now pending against it in

13   the Justice Court of the State of Arizona, County of Maricopa, be removed therefrom to this

14   Court.

15   DATED:  December 16, 2016            **ENGELMAN BERGER, P.C.**

16

17                                       By: */s/ Wade M. Burgeson*

18                                          WADE M. BURGESON
                                            Attorneys for Defendant,
19                                          CAPITAL ONE, N.A.; CAPITAL ONE
                                            BANK (USA), N.A.

20   Copy of the foregoing
     Mailed this 16th day of
21   December, 2016, to:

22   Kevin Fallon McCarthy
     Devan E. Michael
23   Joon Kee
     McCarthy Law PLC
24   4250 North Drinkwater Blvd, Suite 320
     Scottsdale, AZ  85251
25   Kevin.mccarthy@mccarthylawyer.com
     Devan.michael@mccarthylawyer.com
26   Joon.kee@mccarthylawyer.com
     Attorneys for Plaintiff(s)
27
     */s/ Lisa G. Morgan*
28

# EXHIBIT A



*2482449*

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 23 AM 8: 59

In The MCDOWELL MOUNTAIN JUSTICE COURT
State of ARIZONA, County of MARICOPA

**Certificate of Service**

Case No.:**CC2016203012RC**
Court Date: **N/A**
Judge:

**ANN GARRITY**
Vs.
**CAPITAL ONE, NATIONAL ASSOCIATION**

The undersigned certifies under penalty of perjury:That I am a private process server registered in **Maricopa** County and an officer of the court. On 11/16/2016 I received **SUMMONS; NOTICE TO THE DEFENDANT; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 ET SEQ.); EXHIBIT A-C; INITIAL DISCOVERY SET TO CAPITAL ONE, NATIONAL ASSOCIATION** from **McCarthy Law PLC** and by **Kevin Fallon McCarthy**. In each instance I personally served 1 copy(ies) of each document listed above upon: **CAPITAL ONE, NATIONAL ASSOCIATION BY SERVICE UPON ITS STATUTORY AGENT CORPORATION SERVICE COMPANY** , by leaving with **Josef Patawaran** , **Process specialist**, stated authorized to accept, at **2338 WEST ROYAL PALM ROAD SUITE J** in **Phoenix, AZ85021** in **MARICOPA** County, on 11/16/2016 at 11:47 AM.

Description of Person Accepting Service:
Sex: Male Race: Asian Age: 22 Height: 5ft 6in Weight: 150 Hair: Black

Marriage Status: N/A

SERVICE OF PROCESS          $      55.00

I declare, under penalty of perjury, that the foregoing is
true and correct. Executed on November 21, 2016

TOTAL:          $      55.00

Client Ref: Garrity.A.16.41FCRA
Client: McCarthy Law PLC

ROBERT LYONS, MC-8596          Affiant

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 10 AM 9: 13

**MCCARTHY LAW PLC**
Cause Center+art. We Center

Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
Devan.michael@mccarthylawyer.com
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

 ORIGINAL

### McDOWELL MOUNTAIN JUSTICE COURT
### MARICOPA COUNTY, STATE OF ARIZONA
18380 North 40th Street, Phoenix, Arizona 85032

| | |
|---|---|
| ANN GARRITY, | Case No. C**2016203012**RC |
| Plaintiff, | |
| v. | **SUMMONS** |
| CAPITAL ONE, NATIONAL ASSOCIATION, | |
| Defendant. | |

**STATE OF ARIZONA TO:**

> **CAPITAL ONE, NATIONAL ASSOCIATION**
> S/A: CORPORATION SERVICE COMPANY
> 2338 WEST ROYAL PALM ROAD SUITE J
> PHOENIX, ARIONA 85021

**THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**

1.    YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2.    If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Garrity v. Capital One                    1                    Summons

1   have until the next working day to file your answer. When calculating time, do not count the day

2   you were served with the summons.

3   3.      Your answer must be in writing.

4          (a) You may obtain an answer form from this Court.

5          (b) You may also obtain an answer form from the Form section of the Maricopa County

6   Justice Courts website at http://justicecourts.maricopa.gov.

7   4.      Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in

8   accordance with JCRCP Rule 120.

9   5.      **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN**

10  **THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED**

11  **AGAINST YOU.**

12  The name and address of Plaintiff's attorney is:

13                   Kevin Fallon McCarthy, Esq.
                     Devan E. Michael, Esq.
14                   Joon Kee, Esq.
15                   McCARTHY LAW PLC
                     4250 North Drinkwater Boulevard, #320
16                   Scottsdale, Arizona 85251

17  SIGNED AND SEALED this date: _____ NOV 1 0 2016

18                                      By: _____

19                                          Deputy Clerk

20

21

22

23  **NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN**
    **JUSTICE COURTS**
24
    You have rights and responsibilities in this lawsuit. Read this notice carefully.
25
    1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney
26  to represent them. A family member or a friend may not represent someone in justice court unless the
    family member or friend is an attorney. A corporation has a right to be represented by an officer of the
27  corporation, and a limited liability company ("LLC") may be represented by a managing member. A

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Garrity v. Capital One                    2                                    Summons

corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Garrity v. Capital One                    3                    Summons

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 10 AM 9: 13

**McCARTHY LAW PLC**
(Cannot Constitutional Wise Counsel)

Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
Devan.michael@mccarthylawyer.com
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

☐ ORIGINAL

**McDOWELL MOUNTAIN JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

| | |
|---|---|
| ANN GARRITY,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No. CC 2016203012RC<br><br>**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 et seq.)** |

COMES NOW Plaintiff, ANN GARRITY ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendant above-named alleges as follows:

1. That, on information and belief, Defendant, CAPITAL ONE, NATIONAL ASSOCIATION ("CAPITAL ONE"), is, and at all times relevant hereto was, a corporation registered with the Arizona Corporation Commission as a Foreign Corporation doing business in Arizona and has designated the following registered statutory agent: CORPORATION SERVICE COMPANY, 2338 WEST ROYAL PALM ROAD, STE-J, PHOENIX, ARIZONA 85021.

2. That, on information and belief, Defendant CAPITAL ONE is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

3. That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendant as it had the necessary minimum contacts with the State of Arizona.

4. That the Plaintiff is a consumer and victim of inaccurate reporting by Defendant, and has suffered particularized and concrete harm.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One                    1                    COMPLAINT

5.     That on December 30, 2013, Defendant CAPITAL ONE issued a Form 1099-C, "Cancellation of Debt," for Plaintiff's Capital One credit card ending account 9671-9119 ("Account"). Exhibit A.

6.     The Form 1099-C cancelled the principal balance owed, excluding interest and fees.

7.     The Identifiable Event Code on the Form 1099-C is marked "G". Exhibit A.

8.     Code "G" on a Form 1099-C represents that the creditor has made a decision or policy to discontinue collection of the debt and cancel the debt.

9.     Subsequently, Defendant submitted a tax Form 1099-C to the Internal Revenue Service ("IRS") for the cancellation of the debt amount owed to Defendant.

10.    As a result, Plaintiff was obligated to pay taxes on the cancelled debt.

11.    That Defendant CAPITAL ONE still reported a balance on the Account, inclusive of interest and fees, on Plaintiff's credit report.

12.    On September 9, 2016, Plaintiff sent a written dispute, with supportive documentation, to Equifax regarding the accuracy of the derogatory information reported by Equifax. Exhibit B.

13.    That Defendant CAPITAL ONE willfully failed to correct the inaccurate reporting of the Account to the credit reporting agencies, namely Equifax, in violation of 15 U.S.C. § 1681s-2 and to the detriment of the consumer Plaintiff. Exhibit C.

14.    That Defendant CAPITAL ONE is willfully reporting derogatory and inaccurate information about Plaintiff to consumer reporting agencies, namely Equifax, as defined by 15 U.S.C. § 1681a. Exhibit C.

15.    The foregoing acts and omissions of the Defendant CAPITAL ONE constitutes unacceptable violations of the FCRA.

**WHEREFORE,** Plaintiff seeks a reasonable and fair judgment against Defendant for willful noncompliance of the Fair Credit Reporting Act and seeks her statutory remedies as defined by 15 U.S.C. § 1681n and demands:

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 310
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One        2        COMPLAINT

1. Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

2. Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful violation;

3. The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

4. Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 8th day of November, 2016.

MCCARTHY LAW, PLC

By: _____
Devan E. Michael, Esq.
Joon N. Kee, Esq.
Kevin Fallon McCarthy, Esq.
Attorneys for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One                3                COMPLAINT

# EXHIBIT A

CAPITAL ONE BANK USA N A
PO BOX 30249
SALT LAKE CITY UT 84130-0249

ANNIES ANIMAL CARE LLC
5550 SANDPIPER DR
PARMA OH 44134-2029

For questions please call: 1-800-258-9319

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, province or state, country, ZIP, or foreign postal code, and telephone no. CAPITAL ONE BANK USA N A PO BOX 30249 SALT LAKE CITY, UT 84130-0249 | 1 Date of identifiable event 12/30/2013 | OMB No. 1545-1424 | Cancellation of Debt |
|---|---|---|---|
| | 2 Amount of debt discharged $9,686.29 | **2013** | |
| | 3 Interest if included in box 2 | Form 1099-C | |
| CREDITOR'S federal identification number  DEBTOR'S identification number 54-1719855 | 4 Debt description CREDIT CARDS AND LOANS | | Copy B For Debtor This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name, street address, city or town, province or state, country, and ZIP or foreign postal code ANNIES ANIMAL CARE LLC 5550 SANDPIPER DR PARMA, OH 44134-2029 | | | |
| | 5 If checked, the debtor was personally liable for repayment of the debt ☒ | | |
| Account number (see instructions) 9119 | 6 Identifiable event code G | 7 Fair market value of property | |

Form 1099-C          (keep for your records)          www.irs.gov/form1099c          Department of the Treasury - Internal Revenue Service

## 1099-C Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a lender) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available in IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

Debtor's identification number. For your protection, this form may show only the last four digits of your SSN, ITIN, or ATIN. However, the issuer has reported your complete identification number to the IRS, and, where applicable, to state and/or local governments. Account number. May show an account or other unique number the creditor assigned to distinguish your account.

Box 1. Shows the date the earliest identifiable event occurred, or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

Box 2. Shows the amount of debt either actually or deemed discharged. Note: If you do not agree with the amount, contact your creditor.

Box 3. Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if your must include this interest in gross income.

Box 4. Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

Box 5. Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

Box 6. May show the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

Box 7. If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or disposition of the property. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

Future developments. For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

130511 0130512 00092642 0001          92444-0001 69592 01/20/14 -P

# EXHIBIT B

9/22/2016

Equifax
P.O. Box 740256
Atlanta, GA 30374

RE: Account #: Capital One ████████-9119
    Credit Report Date: 09/22/16

To Whom It May Concern:

I am writing to dispute the following information in my file under the Fair Credit Reporting Act. I have attached the items I dispute on the enclosed copy of the credit report I received.

The item referenced above is incorrectly reporting a balance owed of $11,467.00. This is inaccurate as a 1099 was issued by Capital One for the full balance. See 1099 enclosed. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.

Sincerely,

Ann Garrity
SSN: ████-0903
DOB: ████

5550 Sandpiper Dr
Parma, OH 44143

CAPITAL ONE BANK USA N A
PO BOX 30249
SALT LAKE CITY UT 84130-0249

ANNIES ANIMAL CARE LLC
5550 SANDPIPER DR
PARMA OH 44134-2029

For questions please call: 1-800-258-9319

☐ CORRECTED (if checked)

| DEBTOR'S name, street address, city or town, province or state, country, ZIP, or foreign postal code, and telephone no. CAPITAL ONE BANK USA N A PO BOX 30249 SALT LAKE CITY, UT 84130-0249 | 1 Date of identifiable event 12/30/2013 | OMB No. 1545-1424 | Cancellation of Debt |
|---|---|---|---|
| | 2 Amount of debt discharged $9,660.29 | 2013 | |
| | 3 Interest if included in box 2 | Form 1099-C | |
| CREDITOR'S federal identification number  DEBTOR'S identification number 54-1719855 | 4 Debt description CREDIT CARDS AND LOANS | | Copy B For Debtor This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name, street address, city or town, province or state, country, and ZIP or foreign postal code ANNIES ANIMAL CARE LLC 5550 SANDPIPER DR PARMA, OH 44134-2029 | | | |
| | 5 If checked, the debtor was personally liable for repayment of the debt  ☒ | | |
| Account number (see instructions) XXXXXX8119 | 6 Identifiable event code G | 7 Fair market value of property | |

Form 1099-C          (keep for your records)          www.irs.gov/form1099c          Department of the Treasury - Internal Revenue Service

## 1099-C Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a lender) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an applicable event has occurred that the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

Debtor's identification number. For your protection, this form may show only the last four digits of your SSN, ITIN, or ATIN. However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments. Account number. May show an account or other unique number the creditor assigned to distinguish your account.

Box 1. Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

Box 2. Shows the amount of debt either actually or deemed discharged. Note: If you do not agree with the amount, contact your creditor.

Box 3. Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

Box 4. Shows a description of the debt. If box 7 is complete, box 4 also shows a description of the property.

Box 5. Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

Box 6. May show the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

Box 7. If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

Future developments. For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

Page 1 of 1

130611 0130512 00092642 0001          96444-0001 65502 01/30/14 -P



Credit Report Prepared For:

**ANN M GARRITY**

Report as Of: 9/5/2016

ANN M GARRITY
Report As Of: 9/5/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



| | CAPITAL ONE BANK USA | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| Account Name | | | CAPITAL ONE BANK USA | CAPITAL ONE |
| Account # | Potentially Negative Closed | | 480213XXXXXX | 480213XXXXXX |
| Account Type | | | All Banks | Banks and S&Ls |
| Balance | 8009557070 | | $11,467.00 | $0.00 |
| Past Due | PO BOX 85015 | | $11,467.00 | $0.00 |
| Date Opened | RICHMOND, VA 23285-5075 | | 2/19/2007 | 2/19/2007 |
| Account Status | | | Closed | Closed |
| Mo. Payment | | | $0.00 | $0.00 |
| Payment Status | | | Bad debt & placed for collection & skip | |
| High Balance | | | $0.00 | $11,467.00 |
| Limit | | | $10,000.00 | $10,000.00 |
| Terms | | | M | |
| Comments | | | CHARGED OFF ACCOUNT. ACCOUNT CLOSED BY CREDIT GRANTOR | |

### 24/Mo Payment History

| Month | 2014 | | | | | 2015 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
| Equifax | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negati |

Personal Information | Report Summary | Bankruptcies | Credit Inquiries | Credit Cards & Loans *Page 9 of 16* | Credit Score

Page 18

# EXHIBIT C

10/16/2016    09:09    2165731512                    FEDEX OFFICE                        PAGE  01/04

P. O. Box 105518
Atlanta, GA 30348



000008277 F0ECA1007160918330000 01 000000
002367449-5260
Ann Marie Garrity
5560 Sandpiper Dr Unit 290
Parma, OH 44134-2029

# EQUIFAX

## CREDIT FILE : October 6, 2016
## Confirmation # 6273036595

Dear Ann Marie Garrity:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

### The Results Of Our Reinvestigation

### Credit Account Information
(For your security, the last four digits of account number(s) have been replaced by an asterisk (*). This section includes open and closed accounts reported by credit grantors.)

| Account History | | |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Status Code | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| Descriptions | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> We have researched the credit account. Account # - 48021370867** The results are: This creditor has verified to OUR company that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: Capital One, PO Box 30281, Salt Lake City UT 84130-0281

( Continued On Next Page )

Capital One Bank USA NA

| Account Number | Balance Amount | Date Opened 02/19/2007 | Amount Past Due $11,467 | High Credit | Credit Limit $10,000 | Date of Last Payment 09/2010 | Actual Payment Amount | Terms Duration | Terms Frequency Monthly | Months Revd 99 | Closed | Charge Off Amount $11,467 | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

480213709671*
Items As of / Date Reported
10/08/2016  Balance Amount $11,467

Status - Charge Off; Type of Account - Revolving; Type of Loan - Business Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account;
Account Closed By Credit Grantor; Business Account-Personal Guarantee;

Account History with Status Codes

### Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan |
|---|---|---|---|---|---|---|---|
| 09/16 No Data Available | | | | | | | |
| 08/16 $11,467 | | | 9/1/2010 | | $10,000 | $11,467 | Business Credit Card |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

| 07/16 $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

| 06/16 $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

| 05/16 $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

| 04/16 $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

| 03/16 $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

| 02/16 $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

( Continued On Next Page )

62730368595APPLADM-002356744S-5260-1171

## CREDIT FILE : October 6, 2016

Confirmation # 6273036595

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/16 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 12/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 11/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 10/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 09/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 08/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 07/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 06/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 05/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 04/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 03/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |
| 02/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |
| Additional Information: Charged Off Account; Account Closed By Credit Grantor | | | | | | | | | |

( Continued On Next Page )

6273036595APPL_ADM-0023567449- 5260 - 11716-

## Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 01/15 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

| 12/14 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

| 11/14 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

| 10/14 | $12,924 | | | 9/1/2010 | | $10,000 | $12,924 | Business Credit Card | |

Additional Information: Charged Off Account; Account Closed By Credit Grantor

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information, the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

6273038595APPLADM-002367449-5280 - 11171

Page 4 of 4

( End Of Report )



*2482449*

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ 85009
602.258.8081
Fax#: 602.258.8864

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 23 AM 8: 59

In The MCDOWELL MOUNTAIN JUSTICE COURT
State of ARIZONA, County of MARICOPA

ANN GARRITY
Vs.
CAPITAL ONE, NATIONAL ASSOCIATION

### Certificate of Service

Case No.: CC2016203012RC
Court Date: N/A
Judge:

The undersigned certifies under penalty of perjury: That I am a private process server registered in **Maricopa County** and an officer of the court. On 11/16/2016 I received **SUMMONS; NOTICE TO THE DEFENDANT; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 ET SEQ.); EXHIBIT A-C; INITIAL DISCOVERY SET TO CAPITAL ONE, NATIONAL ASSOCIATION** from **McCarthy Law PLC** and by **Kevin Fallon McCarthy**. In each instance I personally served 1 copy(ies) of each document listed above upon: **CAPITAL ONE, NATIONAL ASSOCIATION BY SERVICE UPON ITS STATUTORY AGENT CORPORATION SERVICE COMPANY** , by leaving with **Josef Patawaran** , **Process specialist**, stated authorized to accept, at **2338 WEST ROYAL PALM ROAD SUITE J** in **Phoenix, AZ 85021** in MARICOPA County, on 11/16/2016 at 11:47 AM.

Description of Person Accepting Service:
Sex: Male Race: Asian Age: 22 Height: 5ft 6in Weight: 150 Hair: Black

Marriage Status: N/A

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 21, 2016

| | |
|---|---|
| SERVICE OF PROCESS | $ 55.00 |
| TOTAL: | $ 55.00 |

Client Ref: Garrity.A.16.41FCRA
Client: McCarthy Law PLC

ROBERT LYONS, MC-8596                    Affiant

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 10 AM 9: 13

**MᶜCARTHY LAW PLC**
[McCarthy Law PLC Company]
Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
Devan.michael@mccarthylawyer.com
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

☐ ORIGINAL

**McDOWELL MOUNTAIN JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

ANN GARRITY,

    Plaintiff,

v.

CAPITAL ONE, NATIONAL
ASSOCIATION,

    Defendant.

Case No. C 2 0 1 6 2 0 3 0 1 2 RC

**SUMMONS**

**STATE OF ARIZONA TO:**

    **CAPITAL ONE, NATIONAL ASSOCIATION**
    S/A: CORPORATION SERVICE COMPANY
    2338 WEST ROYAL PALM ROAD SUITE J
    PHOENIX, ARIONA 85021

    **THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**

1.    YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2.    If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Garrity v. Capital One           ·1           Summons

1    have until the next working day to file your answer. When calculating time, do not count the day
2    you were served with the summons.

3    3.      Your answer must be in writing.

4           (a) You may obtain an answer form from this Court.

5           (b) You may also obtain an answer form from the Form section of the Maricopa County
6    Justice Courts website at http://justicecourts.maricopa.gov.

7    4.      Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in
8    accordance with JCRCP Rule 120.

9    5.    **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN**
10   **THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED**
11   **AGAINST YOU.**

12   The name and address of Plaintiff's attorney is:

13                  Kevin Fallon McCarthy, Esq.
14                  Devan E. Michael, Esq.
                    Joon Kee, Esq.
15                  McCARTHY LAW PLC
                    4250 North Drinkwater Boulevard, #320
16                  Scottsdale, Arizona 85251

17                                          NOV 1 0 2016
     SIGNED AND SEALED this date: _____
18
                                     By _____
19                                       Deputy Clerk

20

21

22

23   **NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN**
     **JUSTICE COURTS**
24
     You have rights and responsibilities in this lawsuit. Read this notice carefully.
25
     1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney
26   to represent them. A family member or a friend may not represent someone in justice court unless the
     family member or friend is an attorney. A corporation has a right to be represented by an officer of the
27   corporation, and a limited liability company ("LLC") may be represented by a managing member. A

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Garrity v. Capital One                    2                              Summons

1    corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the

2    court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

3

4    2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court

5    Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

6

7    3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served

8    with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment"

9    against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on

10   the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must

11   include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

12   4. You may bring a claim against the plaintiff if you have one. When you file your answer or written

13   response with the court, you may also file your "counterclaim" against the plaintiff.

14   5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

15

16   6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the

17   lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

18   7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and

19   exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure

20   statements and discovery.

21   8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against

22   you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

23

24

25

26

27

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Garrity v. Capital One                            3                              Summons

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 10 AM 8:13

**MᴄCᴀʀᴛʜʏ ʟ ᴀ ᴡ ᴘ ʟ ᴄ**
Caᴍᴇ̀ Cᴏ̀ɴsᴇʀᴠᴀᴛɪ́ᴏɴ. Wɪ́sᴇ Cᴏᴜɴ̀sᴇ̀ʟ.

Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
Devan.michael@mccarthylawyer.com
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

### McDOWELL MOUNTAIN JUSTICE COURT
### MARICOPA COUNTY, STATE OF ARIZONA
18380 Nᴏʀᴛʜ 40ᴛʜ Sᴛʀᴇᴇᴛ, Pʜᴏᴇɴɪx, Aʀɪᴢᴏɴᴀ 85032

| | |
|---|---|
| ANN GARRITY,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>Defendant. | Case No.: CC2016203D12RC<br><br>**INITIAL DISCOVERY SET TO**<br><br>**CAPITAL ONE, NATIONAL ASSOCIATION** |

Plaintiff, ANN GARRITY, gives notice of service upon and requests that Defendant individually respond to the following interrogatories, requests for production, and requests for admission within sixty (60) days of service.

### PREFATORY INSTRUCTIONS TO INTERROGATORIES

The Justice Court Rules of Civil Procedure allow a party to send up to forty (40) interrogatories to another party. An interrogatory is a written question that is sent by a party to another party that must be answered in writing and under oath by the party to whom the interrogatory is sent. If you do not answer an interrogatory because you object to the interrogatory, you must state a reason for your objection.

Provide your answers in the space directly below each question. If there is not enough space for your answer to a particular question, you may continue on a blank page by including the question above your answer. After you have completed your response to the interrogatories, you must sign on the last page to affirm that you have truthfully answered the questions and that you have a good faith basis for any objections that you may have made. You must provide your original answers to interrogatories to the party who sent them to you, and you must provide a copy to every other party in the lawsuit.

Your response to these interrogatories is due forty (40) days after they have been served on you, unless the interrogatories were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not answer these interrogatories by the date provided in this notice, the party who served them may file a motion asking that the court order you to answer them. If the

Garrity v. Capital One                1                DISCOVERY

court enters that order, the court may also require you to pay expenses, including attorneys' fees incurred

by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all or your claims or defenses in this lawsuit; if you are a plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

All information is to be divulged which is in the possession of the individual or corporate party, his attorneys, investigators, agents, employees, or other representatives of the named party.

When an individual interrogatory calls for an answer that involves more than one party, each part of the answer should clearly set out so that it is understandable.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

      (a)     the nature of the document (e.g., letter, memorandum, contract, etc.);

      (b)     the author or sender of the document;

      (c)     the recipient of the document;

      (d)     the date the document was authored, sent, and/or received; and

      (e)     the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One              2              DISCOVERY

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

"Identify" means that you should state:

(a) any and all names, legal, trade or assumed;

(b) all addresses used; and

(c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## NON UNIFORM INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify the names, addresses, and telephone numbers of all persons who supplied information responsive to these interrogatories.

**ANSWER:**

**INTERROGATORY NO. 2:** Please identify the names, addresses, and telephone numbers of all persons who have personal knowledge of any of the facts, events, or matters that are alleged in

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One                    3                    DISCOVERY

1    Plaintiff's complaint, your answer, anticipated answer and/or defenses thereto and describe and

2    explain your understanding of the matters on which the persons named have knowledge.

3    **ANSWER:**

4

5

6    **INTERROGATORY NO. 3:**  Please identify all correspondence or documents that refer or

7    relate to any correspondence or communication between you and any other person relating or

8    referring to the facts, acts, events, or matters alleged in Plaintiff's complaint, or your answer,

9    anticipated answer and/or defenses thereto.

10    **ANSWER:**

11

12

13    **INTERROGATORY NO. 4:**  Please identify each person whom you may call as a witness at

14    trial including name, address, and telephone number, and the substance of the facts and opinions

15    to which the witness may testify.

16    **ANSWER:**

17

18

19    **INTERROGATORY NO. 5:**  Please list, explain and describe documents known to you or

20    believed by you to exist concerning the events described in Plaintiff's complaint or concerning

21    any event which is the subject of any defense you have raised to this lawsuit.

22    **ANSWER:**

23

24

25

26    **INTERROGATORY NO. 6:**  Please identify each employee or non-employee witness or expert

27    witness you believe may have formed any opinion or consulted with you about the facts or basis

28    of this lawsuit or any defense or allegation you have raised in this lawsuit. For each such person

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One            4                DISCOVERY

1    identified, please list each and every lawsuit in which that person has testified by affidavit,

2    deposition, trial testimony, or by report furnished to the court or opposing counsel. Please explain

3    and describe the nature of each such statement by the person so identified. Please identify the

4    lawsuit by complete caption, court name, cause number, and date the affidavit, deposition, trial

5    testimony, or report was made, taken or occurred.

6    **ANSWER**:

7

8

9    **INTERROGATORY NO. 7:** Please identify all individuals known to you or your attorney who

10   are not witnesses, but who you have reason to believe have knowledge pertinent to the events at

11   issue as alleged in the pleadings, and provide a brief summary of the facts to which each such

12   person could testify. For each person, please state the following:

13          a.      Please state whether each such person is affiliated with, or related

14                  to, or employed by any party (or its agents, servants, officers, or

15                  employees) to this lawsuit;

16          b.      If any of the persons so listed in response to this interrogatory do

17                  not fit the characterization in subpart (a) above, please describe the nature

18                  of their involvement in this lawsuit;

19          c)      Please explain and describe your understanding of their knowledge

20                  of such facts.

21   **ANSWER**:

22

23

24   **INTERROGATORY NO. 8:** Please state whether any of the individuals listed in the answers to

25   the preceding interrogatories have given any statement[s] to you and, if so, please identify the

26   individual giving the statement, identify the individual to whom the statement was given, the date

27   of the statement, and whether or not the statement was written or recorded and, if it was written

28   or recorded, identify the individual presently in possession of such writing or recording.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One                    5                    DISCOVERY

1   **ANSWER**:

2

3

4   **INTERROGATORY NO. 9:** Please list each exhibit which you may attempt to introduce as

5   evidence at the trial of this case, or which has been used or referred to by any witness, expert or

6   lay, on your behalf.

7   **ANSWER**:

8

9

10   **INTERROGATORY NO. 10:** For each paragraph of Plaintiff's complaint which you deny the

11   allegations, please explain and describe any facts which you believe support each denial.

12   **ANSWER**:

13

14

15   **INTERROGATORY NO. 11:** Please explain and describe when, how and under what

16   circumstances you archive, retain or capture account data in any file bearing any of Plaintiffs'

17   personal identifiers. List the archived data files and reports wherein any personal information

18   about Plaintiff or attributed to any of Plaintiff's personal identifiers, including the date such data

19   was captured, retained and/or archived, who has possession of those reports, the manner in which

20   the reports are maintained, and the retention policy[ies] regarding those reports. This request

21   includes your normal data file retention processes.

22   **ANSWER**:

23

24

25   **INTERROGATORY NO. 12:** Please explain and describe when and how you transmit account

26   data stored in any file bearing any of Plaintiff's personal identifiers to any Consumer Reporting

27   Agency ("CRA").

28   **ANSWER**:

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One        6        DISCOVERY

1

2

3  **INTERROGATORY NO. 13:**  Please explain and describe any disputes you received from

4  Plaintiff or concerning Plaintiff and explain and describe your actions and disposition of your

5  actions in connection with each contact or communication.

6  **ANSWER:**

7

8

9  **INTERROGATORY NO. 14:**  Please explain and describe each Consumer Dispute Verification

10  or Automated Consumer Dispute Verification ("CDV" or "ACDV" respectively) communication

11  or other dispute communication you issued to any furnisher of credit information which pertained

12  to Plaintiff or any of his/her personal identifiers. For each such CDV, ACDV or other dispute

13  communication, please identify the person reporting such dispute, state the date the dispute was

14  received and the date you issued any response, explain and describe the dispute conveyed, and

15  fully explain and describe your response[s] on each such occasion.

16  **ANSWER:**

17

18

19  **INTERROGATORY NO. 15:**  Please list, explain and describe each and every code contained

20  in each reinvestigation record and file and retained computer record and screen/file you generated

21  and accessed regarding Plaintiff. For each such code, please also explain and describe, in detail,

22  the purpose of such code, the content of such action, the duration of such action, and the reason

23  you permitted such action or entry.

24  **ANSWER:**

25

26

27

28

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One                              7                              DISCOVERY

## PREFATORY INSTRUCTIONS TO REQUEST FOR PRODUCTION

The Justice Court Rules of Civil Procedure allow a party to request from another party up to ten (10) documents or items, or up to ten (10) categories of documents or items. If you do not produce a document or a category of documents or items because you object to a specific request, you must state a reason for your objection. A party may also request to enter on to designated land or other property to inspect it, or to take measurements, photographs, or samples.

A party who produces documents must provide them as they are kept in the usual course of business, or they must organize and label them in response to the requests. Electronic documents or electronic records must be produced in the format that has been requested or in the format that the electronic documents or records are usually kept.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Your response to requests made under this rule is due forty (40) days after the requests have been served on you, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not comply with the requests that have been made in this notice, the party who served them may file a motion asking that the court order you to comply. If the court enters that order, the court may also require you to pay expenses, including reasonable attorneys' fees, incurred by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all or your claims or defenses in this lawsuit; if you are a Plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

Each of the above-named parties is to produce for inspection and copying all documents in their possession or control or otherwise available to it/them that is/are responsive to the requests contained in the numbered paragraphs below. Each of the above-named parties shall specify which documents are produced in response to each of the numbered paragraphs.

If any document herein requested was formerly in the possession, custody, or control of each of the above-named parties and has been lost or destroyed, each of the above-named parties is requested to submit in lieu of each document a written statement which:

1. Describes in detail the nature of the document and its contents; AND

2. Identifies the person who prepared or authored the document and, if applicable, the person(s) to whom the document was sent; AND

3. Specifies the date on which the document was prepared or transmitted or both; AND

4. Specifies, if possible the date on which the document was lost or destroyed, and, if destroyed, the conditions or the reasons for such destruction and the persons requesting and performing the destruction.

If any document otherwise required to be produced by this request is withheld on the grounds of privilege or otherwise, you shall identify the document by document control number if available, or other sufficient information to identify the document and the reasons for the non-disclosure.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One                                    8                                    DISCOVERY

This request for production of documents is continuing and any document obtained or located subsequent to production, which would have been produced, had it been available or its existence known at the time is to be supplied forthwith.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph" as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)    the author or sender of the document;

    (c)    the recipient of the document;

    (d)    the date the document was authored, sent, and/or received; and

    (e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One        9        DISCOVERY

"Identify" means that you should state:

(a) any and all names, legal, trade or assumed; AND

(b) all addresses used; AND

(c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## **REQUESTS FOR PRODUCTION**

**REQUEST NO. 1:** Please produce a copy of all documents or computerized records, kept in any form or manner, known to you or believed by you to exist concerning any of the events described in Plaintiff's Complaint or concerning any of the events which are the subject[s] of any allegations, defense[s] or contentions you have raised to this lawsuit or in connection with this lawsuit.

**ANSWER:**

**REQUEST NO. 2:** Please produce a complete and legible copy, transcription and summary of any statement[s], in any recorded format, provided to you or your attorneys in connection with any of the facts, asserted by any person, in this lawsuit and, if the witness produce any tangible item, please produce that item for inspection and copying at the time of your responses or produce a copy of that item with your responses.

**ANSWER:**

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One                    10                    DISCOVERY

**REQUEST NO. 3:**

Please produce a complete and legible copy of each exhibit which you may attempt to introduce as evidence at the trial of this case.

**ANSWER:**


**REQUEST NO. 4:** For each paragraph of Plaintiff's petition for which you deny the allegations, please provide a copy of any evidence or proof which you believe may support each denial.

**ANSWER:**


**REQUEST NO. 5:** Please produce a complete and legible copy of any communications you received from Plaintiff and which you sent to Plaintiff.

**ANSWER:**

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One      11      DISCOVERY

### PREFATORY INSTRUCTIONS TO REQUEST FOR ADMISSION

The Justice Court Rules of Civil Procedure allow a party to send up to twenty-five (25) requests for admissions to another party. Each request must contain only one fact or one contention to admit or deny. A request may inquire about whether a document is genuine or accurate. You must admit or deny each of these requests, unless you object to a request, in which case you must state a reason for your objection. You may not object on the basis that you do not have knowledge or information concerning the request unless you have first made a reasonable inquiry to obtain knowledge or information.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Responses to requests for admissions are due forty (40) days from the date they are served, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or as ordered by the court.

If you do not respond to these requests for admissions by the date provided in this notice, your failure to respond may be considered as an admission of the requests.

### DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

(a) the nature of the document (e.g., letter, memorandum, contract, etc.);

(b) the author or sender of the document;

(c) the recipient of the document;

(d) the date the document was authored, sent, and/or received; and

(e) the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One                    12                         DISCOVERY

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

"Identify" means that you should state:

      (a) any and all names, legal, trade or assumed; AND

      (b) all addresses used; AND

      (c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "Consumer Reporting Agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

### REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that you, Defendant, reported to one or more Consumer Reporting Agency ("CRA") account information bearing the personal identifier[s] of Plaintiff.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 2:** Admit that you, Defendant, failed to report to one or

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One             13             DISCOVERY

1    more CRA(s) that Plaintiff's account ending in 9671-9119 was charged off.

2    ☐ADMIT ☐DENY

3

4    **REQUEST FOR ADMISSION NO. 3:**  Admit that you, Defendant, failed to conduct an

5    investigation in response a dispute received through one or more CRA(s) on Plaintiff's account

     ending in 9671-9119.

6

7    ☐ADMIT ☐DENY

8    **REQUEST FOR ADMISSION NO. 4:**  Admit that you, Defendant, failed to report to one or

9    more CRA(s) that Plaintiff's account ending in 9671-9119 has a zero balance.

10   ☐ADMIT ☐DENY

11

12   **REQUEST FOR ADMISSION NO. 5:**  Admit that you, Defendant, failed to accurately report

13   data to one or more CRA(s) regarding Plaintiff's account ending in 9671-9119.

14   ☐ADMIT ☐DENY

15   Respectfully submitted this 8th day of November, 2016.

16

17   MCCARTHY LAW, PLC

18   By:_____
         Devan E. Michael, Esq.
19       Kevin Fallon McCarthy, Esq.
         Joon N. Kee, Esq.
20       Attorneys for Plaintiff(s)

21

22

23

24

25

26

27

28

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Garrity v. Capital One                    14                    DISCOVERY

1  **ENGELMAN BERGER, P.C.**
   WADE M. BURGESON (SBA 015650)
2  wmb@eblawyers.com
   3636 North Central Avenue, Suite 700
3  Phoenix, Arizona 85012
   Tel:  602.271.9090
4  Fax:  602.222.4999

5  Attorneys for Defendant,
   CAPITAL ONE BANK (USA), N.A.
6

7

8              **JUSTICE COURT OF THE STATE OF ARIZONA**

9      **MARICOPA COUNTY, MCDOWELL MOUNTAIN JUSTICE COURT**

10

11  ANN GARRITY,                        Case No. CC2016-203012

12          Plaintiff,                  *Assigned to the Hon. Michael Reagan*

13  v.                                  **NOTICE OF REMOVAL OF ACTION
                                        TO FEDERAL COURT**
14  CAPITAL ONE, NATIONAL ASSOCIATION,

15          Defendant.                  Complaint Filed:  Nov. 10, 2016
                                        Trial Date:          TBA
16

17

18      **TO THE HONORABLE JUDGE AND THE CLERK OF THE JUSTICE COURT OF**

19  **THE STATE OF ARIZONA FOR THE COUNTY OF MARICOPA:**

20          **PLEASE TAKE NOTICE**, pursuant to 28 U.S.C. § 1446(d), that on December 16, 2016

21  Defendant Capital One Bank (USA), N.A., erroneously named as "Capital One, National

22  Association" ("Capital One"), intends to file a Notice of Removal of Action with the Clerk of the

23  United States District Court, District of Arizona, and thereby remove the above-captioned case, *Ann*

24  *Garrity v. Capital One, National Association*, Maricopa County Justice Court Case No. CC2016-

25  203012, to federal court.  After Capital One files its removal papers and the case is assigned a

26  federal case number, Capital One will supplement the instant Notice and provide the Court with a

27  copy of its removal papers as well as the assigned federal case number.

28

{0005076.0022/00721578.DOCX / }

1  DATED: December 16, 2016          ENGELMAN BERGER, P.C.

2

3                                    By: */s/ Wade M. Burgeson #015650*
                                         WADE M. BURGESON
4                                        Attorneys for Defendant,
                                         CAPITAL ONE BANK (USA), N.A.
5

6  Copy of the foregoing
   Mailed this 16th day of
7  December, 2016, to:

8  Kevin Fallon McCarthy
   Devan E. Michael
9  Joon Kee
   McCarthy Law PLC
10 4250 North Drinkwater Blvd, Suite 320
   Scottsdale, AZ 85251
11 Devan.michael@mccarthylawyer.com
   Joon.kee@mccarthylawyer.com
12 Attorneys for Plaintiff(s)

13 */s/ Lisa G. Morgan*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{0005076.0022/00721578.DOCX / }                    2
                              NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

1   **ENGELMAN BERGER, P.C.**
    WADE M. BURGESON (SBA 015650)
2   wmb@eblawyers.com
    3636 North Central Avenue, Suite 700
3   Phoenix, Arizona 85012
    Tel: 602.271.9090
4   Fax: 602.222.4999
    Attorneys for Defendant,
5   CAPITAL ONE BANK (USA), N.A.

6

7

8                   **JUSTICE COURT OF THE STATE OF ARIZONA**

9            **MARICOPA COUNTY, MCDOWELL MOUNTAIN JUSTICE COURT**

10

11  ANN GARRITY,                        Case No. CC2016-2016-203012

12          Plaintiff,                  *Assigned to the Hon. Michael Reagan*

13  v.                                  **NOTICE TO ADVERSE PARTIES OF**
                                        **REMOVAL OF ACTION TO THE**
14  CAPITAL ONE, NATIONAL ASSOCIATION,  **UNITED STATES DISTRICT COURT**
                                        **FOR THE DISTRICT OF ARIZONA**
15          Defendant.                  **UNDER 28 U.S.C. § 1441(a), 28 U.S.C.**
                                        **§1331 (FEDERAL QUESTION)**
16

17                                      Complaint Filed:  Nov. 10, 2016
                                        Trial Date:       TBA
18

19  **TO PLAINTIFF AND HER COUNSEL OF RECORD:**

20          **PLEASE TAKE NOTICE,** pursuant to 28 U.S.C. § 1446(d), that on December 16, 2016

21  Defendant Capital One Bank (USA), N.A., erroneously sued as "Capital One, National Association"

22  ("Capital One"), intends to file a Notice of Removal of Action with the Clerk of the United States

23  District Court, District of Arizona, and thereby remove the case, *Ann Garrity v. Capital One,*

24  *National Association*, Maricopa County Justice Court Case No. CC2016-203012, to federal court.

25  Capital One will provide a further Notice which will include the federal case number assigned that is

26  assigned to the case as well as a conformed copy of the Notice of Removal.

27

28

    {0005076.0022/00721627.DOCX / }

    NOTICE TO ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF ARIZONA

1     DATED: December 16, 2016         ENGELMAN BERGER, P.C.

2

3                                   By: _/s/ Wade M. Burgeson #015650_____

4                                       WADE M. BURGESON
                                      Attorneys for Defendant,
                                      CAPITAL ONE BANK (USA),

5                                       N.A.

6     Copy of the foregoing
      Mailed this 16th day of

7     December, 2016, to:

8     Kevin Fallon McCarthy
      Devan E. Michael

9     Joon Kee
      McCarthy Law PLC

10    4250 North Drinkwater Blvd, Suite 320
      Scottsdale, AZ 85251

11    Devan.michael@mccarthylawyer.com
      Joon.kee@mccarthylawyer.com

12    Attorneys for Plaintiff(s)

13    _/s/ Lisa G. Morgan_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE TO ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA