| | |
|---|---|
| 1 | **ENGELMAN BERGER, P.C.**<br>WADE M. BURGESON (SBA 015650)<br>wmb@eblawyers.com |
| 2 | 3636 North Central Avenue, Suite 700<br>Phoenix, Arizona 85012 |
| 3 | Tel: 602.271.9090<br>Fax: 602.222.4999 |
| 4 | Attorneys for Defendant,<br>CAPITAL ONE, N.A.; CAPITAL ONE |
| 5 | BANK (USA), N.A. |

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| ANN GARRITY, | Case No. |
| Plaintiff, | **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| CAPITAL ONE, NATIONAL ASSOCIATION, | [Maricopa County Justice Court Case No. CC2016-203012] |
| Defendant. | Complaint Filed: Nov. 10, 2016<br>Trial Date: TBA |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Civil Procedure 7-1, Capital One Bank (USA), N.A., erroneously sued as "Capital One, National Association," certifies that the following listed parties may have a pecuniary interest in the outcome of this litigation. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. The nongovernmental corporate party, Capital One Bank (USA), N.A., has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: Capital One Financial Corporation.

2. Plaintiff Ann Garrity.

/ / /

/ / /

{0005076.0022/00721626.DOCX / }
DEFENDANT CAPITAL ONE BANK (USA), N.A.'S CORPORATE DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 1 | DATED: December 16, 2016 | ENGELMAN BERGER, PC |
| 2 | | |
| 3 | | By: /s/ Wade M. Burgeson #015650 |
| 4 | | WADE M. BURGESON<br>Arizona Bar No.015650 |
| 5 | | Attorneys for Defendant,<br>CAPITAL ONE BANK (USA), N.A., |
| 6 | | erroneously sued as "Capital One, National Association" |

{0005076.0022/00721626.DOCX / }

2

DEFENDANT CAPITAL ONE BANK (USA), N.A.'S CORPORATE DISCLOSURE STATEMENT