NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ann Garrity,<br><br>          Plaintiff,<br><br>v.<br><br>Capital One Bank (USA), N.A.,<br><br>          Defendant. | No. CV-16-04432-PHX-JJT<br><br>**ORDER** |

Pursuant to this Court's Order of August 21, 2017 (Doc. 25),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 27th day of October, 2017.

                                        _____
                                        Honorable John J. Tuchi
                                        United States District Judge